**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VENESHIA OLIVER, aka VANESHIA OLIVER, | Case No.: 2:26-cv-00509-APG-DJA |
| Petitioner, | **Order Denying Application to Proceed *in Forma Pauperis* and Directing Clerk to Revise Docket** |
| v. | |
| WILLIAM REUBART, *et al.,* | [ECF No. 1] |
| Respondents. | |

Veneshia Oliver, an individual incarcerated at Nevada's Florence McClure Women's Correctional Center, initiated this federal habeas corpus action on February 25, 2026, by filing an application to proceed *in forma pauperis* (ECF No. 1), along with a petition for writ of habeas corpus (ECF No. 1-1) and a motion for appointment of counsel (ECF No. 1-2). On March 3, the Court received financial certificates showing the status of Oliver's prison accounts. ECF No. 4.

Based on the information in the *in forma pauperis* application and financial certificates, I find that Oliver is able to pay the $5 filing fee, so I will deny her *in forma pauperis* application, and she will be required to pay the filing fee before her petition and motion for appointment of counsel will be filed and her case may proceed.

While Oliver spells her name "Veneshia" in her petition (*see* ECF No. 1-1 at 1), the Nevada Department of Corrections spells her name "Vaneshia." *See* https://ofdsearch.doc.nv.gov/form.php (Offender ID: 1177740). Also, I note that proceedings in state court have been conducted with her name spelled "Vaneshia." *See*, *e.g.*, *Oliver v. State*, 2022 WL 336031 (Supreme Court of Nevada, August 11, 2022). Therefore, I will direct the

Clerk of Court to revise the docket to reflect that the petitioner's name is:

"VENESHIA OLIVER, aka VANESHIA OLIVER."

I THEREFORE ORDER that Petitioner's Application to Proceed in Forma Pauperis **[ECF No. 1] is DENIED**. Petitioner will have 45 days from the date of entry of this order to pay the $5 filing fee. If Petitioner does not pay the filing fee in the time allowed, this action may be dismissed without prejudice.

I FURTHER ORDER that the Clerk of Court is directed to revise the docket to reflect that the petitioner's name is "VENESHIA OLIVER, aka VANESHIA OLIVER."

DATED:  March 4, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2