# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VENESHIA OLIVER, aka VANESHIA OLIVER,

Petitioner,

v.

WILLIAM REUBART, *et al.,*

Respondents.

Case No.: 2:26-cv-00509-APG-DJA

**Order Screening and Serving Petition and Granting Motion for Appointment of Counsel**

**[ECF No. 1-2]**

Veneshia (or Vaneshia) Oliver is incarcerated at Nevada's Florence McClure Women's Correctional Center.  Oliver has submitted for filing a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 and a motion for appointment of counsel (ECF Nos. 1-1, 1-2).  She has paid the filing fee. ECF No. 6.

I have examined Oliver's petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and I determine that it merits service upon the respondents.  I will order the petition served and order the Respondents to appear, but I will not require any further action on their part at this time.

State prisoners not sentenced to death applying for habeas corpus relief in federal court are not entitled to appointed counsel unless the circumstances indicate that appointed counsel is necessary to prevent due process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)).  The court may, however, appoint counsel at any stage of the proceedings if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196.  I find that the interests of justice call for appointment of counsel for Oliver, so I grant her

motion for appointment of counsel and appoint the Federal Public Defender for the District of Nevada (FPD) to represent her.

I THEREFORE ORDER the Clerk of Court to separately file the Petition for Writ of Habeas Corpus (ECF No. 1-1) and the Motion for Appointment of Counsel (ECF No. 1-2).

I FURTHER ORDER that Oliver's Motion for Appointment of Counsel **[ECF No. 1-2] is granted**. The Federal Public Defender for the District of Nevada (FPD) is appointed to represent Oliver. If the FPD is unable to represent her because of a conflict of interest or other reason, alternate counsel will be appointed. Appointed counsel will represent Oliver in all federal court proceedings relating to this matter, unless allowed to withdraw.

I FURTHER ORDER the Clerk of the Court to electronically serve upon the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus (ECF No. 1-1).

I FURTHER ORDER that the FPD will have until May 6, 2026 to file a notice of appearance or to indicate their inability to represent Oliver.

I FURTHER ORDER the Clerk of the Court to add Aaron Ford, Attorney General of the State of Nevada, as counsel for the respondents and to provide the respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the Attorney General only.

I FURTHER ORDER that the Respondents will have until May 6, 2026 to appear in this action. The respondents are not required to respond to the habeas petition at this time.

DATED: April 6, 2026

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2