**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Veneshia Oliver,

Petitioner

v.

William Reubart, *et al.*,

Respondents

Case No.: 2:26-cv-00509-APG-DJA

**Order Granting Petitioner's Motion to Extend**

[ECF No. 14]

Petitioner Veneshia Oliver filed a motion for extension of time to file her amended petition. ECF No. 14. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Petitioner's unopposed first motion for enlargement of time (ECF No. 14) is granted. The deadline to file the amended petition is November 19, 2026.

DATED: September 14, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE